UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BENISTAR ADMIN SERVICES, INC., a
Delaware Corporation, and DONALD J.
TRUDEAU, an individual,

               Plaintiffs,

    - against -

LANCE H. WALLACH, a.k.a. "Robert Sherman,"
an individual, VEBA, LLC, a New York Limited
Liability Company, and DATHONIE D. PINTO,
an individual,

               Defendants.
-----------------------------------------------------------X

**CLERK'S CERTIFICATE
OF DEFAULT**
CV 17-4296 (LDW)(AYS)

I, Douglas C. Palmer, Clerk of Court for the United States District Court for the Eastern District of New York, do hereby certify that defendants VEBA, LLC, and DATHONIE D. PINTO have not filed an answer or otherwise moved with respect to the complaint, and that the time to answer or move has expired.

The defaults of defendants VEBA, LLC, and DATHONIE D. PINTO are hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Central Islip, New York
     September 26, 2017

                                DOUGLAS C. PALMER
                                CLERK OF THE COURT

           BY:   /S/ JAMES J. TORITTO
                 DEPUTY CLERK