**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

---

BENISTAR ADMIN SERVICES, INC.,
a Delaware Corporation, DONALD J. TRUDEAU, an individual,
and MOLLY CARPENTER, an individual,

    Plaintiffs,

v.

LANCE H. WALLACH, a.k.a. "Robert Sherman," an individual, VEBA, LLC, a New York Limited Liability Company, DATHONIE D. PINTO, an individual, STACY ARENAS, an individual, NEIL DIAN, an individual, IRENE KUPERMAN, an individual, NICOLE KUPERMAN, an individual, and STEVE MENDEZ, an individual,

    Defendants.

Civil Action No. 17-cv-4296

**STIPULATION AND PARTIAL DISMISSAL AS AGAINST LANCE H. WALLACH, AND VEBA, LLC ONLY**

---

    The Court having previously executed a Stipulation and Order of Settlement made as of July 2, 2018 and executed by the Court on August 3, 2018, by and between Plaintiffs and defendants Lance H. Wallach and VEBA, LLC, and other parties having been brought into this matter, separate and apart from these settling parties, and these parties now having resolved post-settlement issues and wishing to clarify the dismissals,

    IT IS HEREBY STIPULATED AND ORDERED, THAT:

    1.    The Complaint, and First Amended Complaint, are dismissed with prejudice as against Lance H. Wallach, and VEBA, LLC, subject to the provision titled DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE in each Stipulation and Order of Settlement in this matter.

    2.    The dismissal with prejudice of Steve Mendez is confirmed.

3. Nothing herein affects the matter as to the defendant Dathonie Pinto, nor the defaults entered against defendants Neil Dian, Irene Kuperman, and Nicole Kuperman, nor does it affect the status of defendant Stacy Arenas.

Stipulated:

| *s/ Steven M. Richman/* <br> Steven M. Richman <br> CLARK HILL PLC <br> 210 Carnegie Center, Suite 102 <br> Princeton, NJ 08540 <br> Phone: (609) 785-2911 <br> Email: srichman@clarkhill.com <br> <br> *Counsel for Plaintiffs Benistar Admin Services, Inc. Donald J. Trudeau, and Molly Carpenter* | *s/Patrick M. Murphy/* <br> Patrick M. Murphy <br> McCABE, COLLINS, McGEOUGH, FOWLER, LEVINE & NOGAN LLP. <br> P.O. Box 9000 <br> 346 Westbury Avenue <br> Carle Place, New York 11514-9000 <br> Tel. (516) 941-0853 <br> Fax (516) 873-9496 <br> pmurphy@mcmflaw.com <br> <br> *Counsel for Lance H. Wallach* |
|---|---|
| VEBA, LLC <br> By: /s/ Lance Wallach <br> Lance H. Wallach | |

**SO ORDERED:**

**March   , 2019**

_____